**CLOSED**

FILED 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHERYL CHUBA,

        Plaintiff,

vs.

Case No: 03-74369
Hon. George Caram Steeh
Magistrate Judge Pepe



CITY OF ALLEN PARK, a Michigan
Municipal Corporation and KENNETH
DOBSON, in his Official and Unofficial
Capacity,

        Defendants.
_____/

FILED
JUN 16 2005
CLERK'S OFFICE
DETROIT

JOEL B. SKLAR (P 38338) BEN M. GONEK (P 43716)
Attorney for Plaintiff
1300 Ford Building
615 Griswold Street
Detroit, MI 48226
(313) 963-3377

Co-Counsel for Plaintiff
1300 Ford Building
615 Griswold Street
Detroit, MI 48226
(313) 963-3377

PAUL E. PEDERSEN (P 24355)
Attorney for Defendants
4057 Pioneer Drive, Suite 300
Commerce Twp., Michigan 48390-1363
(248) 363-6400
_____/

## ORDER OF DISMISSAL

At a session of said U.S. District Court held in
the City of Detroit, County of Wayne, State of
Michigan
on _____ **JUN 16 2005** _____

PRESENT: HON. _____ **GEORGE CARAM STEEH** _____
                    U.S. District Court Judge

In accordance with a stipulation to that effect;

IT IS HEREBY ORDERED that the above entitled cause be and the same hereby is dismissed as to Defendants, with prejudice and without costs to either of the parties hereto.   This Order resolves the last pending claim and therefore concludes this litigation, permitting the Court to close its file.

_____
U.S. DISTRICT COURT JUDGE